# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 4:18-cr-238-DPM

JAYLYNN DAESHAWN GREEN                              DEFENDANT

## ORDER

**1.** On 3 June 2025, the Court committed Green for treatment pursuant to 18 U.S.C. § 4241(d). *Doc. 153.* The Court has now received the facility designation where Green's treatment will take place. The Court directs the United States Marshals Service to immediately transport Green to MCC Chicago.

**2.** The Court thought this treatment would take place at FMC Fort Worth, and told Green so at the last hearing. The Court regrets its mistake and requests Green's counsel to convey the Court's apology to Green.

**3.** Pursuant to 18 U.S.C. § 4241(d)(1), Green is committed to the custody of the Attorney General, or his authorized representative, for a reasonable period not to exceed four months for further treatment in a suitable facility. The treating facility should determine whether there is a substantial probability that Green can be restored to competency in the foreseeable future. If it appears he can be, then treatment toward that end should begin within the four-month period, too.

Based on 18 U.S.C. § 4247(c), the facility conducting the examination will file a report with this Court. The report should detail whether Green's mental condition has improved so that a final revocation hearing may proceed and, if not, whether Green can be restored in the foreseeable future. The report should be filed within three months from when Green arrives at MCC Chicago.

When Green's treatment is completed, or upon further order of the Court, the Marshals must immediately transport him back to the Eastern District of Arkansas. Green must then appear at a hearing to determine whether his competency has been—or can be—restored.

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_26 June 2025_